UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBIN FRANZE,

                      Plaintiff,

                                            MOTION TO ADMIT PRO HAC VICE

-against-

INTACT TECHNOLOGY, INC., and
TODD JOHNSON, individually and as Trustee and
Plan Administrator for the Intact Technology, Inc.,      1:07-CV-01338 (LEK/RFT)
401(k) Plan and Trust,
Defendants.
_____

       WHEREFORE, Catherine Hedgeman, Esq., moves this court for leave to admit counsel ABRAHAM MARSTON, Pro Hac Vice, in the above captioned matter pursuant to Rule 83.1 (d) of the Local Rules for the above-captioned Court of the State of New York. In support thereof, the verified petition of Christopher Marston, Esq. is attached hereto.

                                  /s/ Catherine M. Hedgeman
                                  Catherine Hedgeman, Esq.
                                  Bar Roll# 105618
                                  Law Offices of Catherine Hedgeman, Esq.
                                  178 Tampa Avenue
                                  Albany, New York 12208
                                  (518) 573-3108

                                  /s/ Abraham Marston
                                  Co-counsel:
                                  Abraham Marston, Esq.
                                  Exemplar Law Partners, LLC
                                  Ten Post Office Square, 8th Floor
                                  Boston, MA 02109
                                  Tel: (617) 542-7400
                                  Fax: (866) 364-6187